FILED

SEP 0 4 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARTIN VICTOR HILL,

    Plaintiff,

vs.

THE TEXAS DEPARTMENT OF PUBLIC SAFETY, YOLANDA AGUINAGA, AND KEVIN MARMOR,

    Defendants

Case No.:

SA12CV0827 FB

## MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION

I, Martin Victor Hill, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing. In further support of this application, I answer the following questions:

A. Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or

MOTION TO ALLOW ELECTRONIC FILING- MARTIN HILL - 1

1  Professional) is recommended

2  • Scanner for paper exhibits or other supporting documents which exist only in

3  paper

4  • Adobe Acrobat Reader is needed for viewing e-filed PDF documents

5  *I comply with the above requirements.*

6  B. Do you have a personal electronic mailbox of sufficient capacity to send and receive

7  electronic notice of case related transmissions? Yes  X   No ____

8  C. Are you currently or will you be a subscriber to PACER (Public Access to Court

9  Electronic Records)? Yes  X   No ____

10 D. Have you read and become familiar with the Western District of Texas Privacy Policy and

11 Public Access to Electronic Files? Yes  X   No ____

12 **AUTHORITIES**

13 Federal RULES OF CIVIL PROCEDURE 5(b)(2)(E) and 5(b)(3), Using Court Facilities. If a

14 local rule so authorizes, a party may use the court's transmission facilities to make service under

15 Rule 5(b)(2)(E).

16 5(d)(3) (3) Electronic Filing, Signing, or Verification. A court may, by local rule, allow papers to

17 be filed, signed, or verified by electronic means that are consistent with any technical standards

18 established by the Judicial Conference of the United States. A local rule may require electronic

19 filing only if reasonable exceptions are allowed. A paper filed electronically in compliance with

20 a local rule is a written paper for purposes of these rules.

21

22 DATED this  28  day of  AUGUST , 2012 .

23 *Martin Victor Hill*

24 Martin Victor Hill

25 P.O. Box 7351

26 La Verne, CA 91750

27 (909) 921-3021

28

MOTION TO ALLOW ELECTRONIC FILING - MARTIN HILL - 2