UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARTIN VICTOR HILL,** | |
| Plaintiff, | |
| v. | CIVIL NO. SA-12-CA-827-FB |
| **TEXAS DEPARTMENT OF PUBLIC SAFETY, YOLANDA AGUINAGA, and KEVIN MARMOR,** | |
| Defendants. | |

### ORDER

Came on this day to be considered the status of this case.

The matters informally referred to the undersigned having been addressed,

**IT IS ORDERED** that this case is **RETURNED** to the District Judge.

**ORDERED, SIGNED** and **ENTERED** this 24th day of October, 2012.

_____
**PAMELA A. MATHY**
**UNITED STATES MAGISTRATE JUDGE**