UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARTIN VICTOR HILL,** | |
| **Plaintiff,** | |
| v. | **CIVIL NO. SA-12-CA-827-FB** |
| **YOLANDA AGUINAGA, and KEVIN MARMOR,** | |
| **Defendants.** | |

## ORDER

Came on this day to be considered the status of this case . All matters referred to the undersigned having been addressed,

**IT IS ORDERED** that this case is **RETURNED** to the District Judge.

**ORDERED, SIGNED** and **ENTERED** this 11th day of March, 2014.

_____
**PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE**